# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2023

*The Court of Appeals hereby passes the following order:*

## A24E0023.  JIMMI CERNA v. ERIKA CORNEJO.

On October 11, 2023, the trial court entered a "Final Order"in this domestic relations action.  Thereafter, on October 23, 2023, Jimmi Cerna filed in this Court an emergency motion,[1] seeking "an extension of time to file an application for discretionary appeal until thirty (30) days after the reporter produces a copy of the original transcript of the final hearing to Appellant and files the same with the clerk of court for inclusion in the record on appeal."

No such open-ended extension will be granted.  Court of Appeals Rules 16 (c).  However, said emergency motion, as amended, is hereby granted to the extent that Jimmi Cerna shall have until December 10, 2023 to file a discretionary application.[2]  See OCGA § 5-6-39; *Gable v. State*, 290 Ga. 81, 84 (2) (a) (720 SE2d 170) (2011); Court of Appeals Rules 16 (c), 40 (b).  Accordingly, said emergency motion, as

---

[1] Cerna filed an amendment to such emergency motion on October 25, 2023.

[2] See generally Court of Appeals Rule 3 (providing, in pertinent part, that "[w]hen a filing deadline falls on a Saturday, Sunday, an official state or national holiday, or a time when the Clerk's office is closed for an emergency (such as inclement weather), the deadline is extended to the next business day").

1

amended, is hereby GRANTED IN PART AND DENIED IN PART.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/26/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

    *, Clerk.*

2